USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAKEISHA BULLOCK,

                Plaintiff,

-against-

SECURITAS SECURITY SERVICES USA, INC., ET AL.,

                Defendants.

1:19-cv-05965 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's letter dated January 2, 2020. ECF No. 34. The Parties have thirty days from the date of this Order to apply to restore this action to the Court's calendar.

**SO ORDERED.**

Dated: January 3, 2020
      New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge